IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN PREMIUM WATER<br>CORPORATION, et al.<br><br>　　#6 – Mark Gumbel,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:23-cr-144-JPC<br>)<br>) **JUDGE J. PHILIP CALABRESE**<br>)<br>)<br>)<br>) **MOTION BY COUNSEL FOR**<br>) **DEFENDANT MARK GUMBEL**<br>) **FOR LEAVE TO WITHDRAW**<br>) **AS COUNSEL**<br>)<br>)<br>) |

　　The undersigned counsel requests leave of this court to withdraw as counsel of record for Mark Gumbel ("Defendant"). As required by Local Criminal Rule 57.21, written notice has been provided to the client and the United States as of this date. A copy of this filed motion, and any order, will be promptly sent via email to Defendant. In addition, all files will be promptly provided to Mr. Gumbel's attorney, Matthew Gilmartin, who remains of counsel in this matter.

　　Withdrawal has become necessary, pursuant to Rule 1.16(b)(6) of the Ohio Rules of Professional Conduct, because the representation will result in an unreasonable financial burden on undersigned counsel, who owns and operates a small law firm. Counsel has taken all steps, as part of this termination of representation pursuant to Rule 1.16(d), to protect Mr. Gumbel's interest, including providing multiple weeks of notice, and counsel, as noted, will promptly provide all files to Mr. Gumbel and Mr. Gilmartin. To the extent any additional information is needed by this Court, counsel respectfully requests that this information be provided to the Court *ex parte* and under seal.

　　The relief requested in this Motion is sought in good faith and is not interposed for the

purpose of delay. A proposed order is attached hereto.

  Date:  June 27, 2025                                         Respectfully submitted,

                                                                  */s/ Eric S. Rosen*
                                                                  Dynamis LLP
                                                                  225 Franklin St., 26th Floor
                                                                  Boston, MA 02110
                                                                  Email: erosen@dynamisllp.com
                                                                  Telephone: 617-802-9157

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 27, 2025, a true and accurate copy of the foregoing was served on via e-mail to counsel for all parties and to the client and filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                   */s/ Eric S. Rosen*
                                                                   Eric S. Rosen